UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| APOTEX, INC., a Canadian corporation and APOTEX CORP., a Delaware corporation,<br><br>Plaintiffs,<br>vs.<br><br>SANOFI-AVENTIS, a corporation of France, SANOFI-SYNTHELABO, INC., a Delaware corporation, BRISTOL-MYERS SQUIBB COMPANY, a Delaware corporation and BRISTOL-MYERS SQUIBB SANOFI-SYNTHELABO HOLDING PARTNERSHIP, a Delaware corporation,<br><br>Defendants.<br>_____/ | CASE NO.: 09-CV-61575-Cohn/Seltzer  |

## MOTION TO APPEAR *PRO HAC VICE*

Plaintiffs Apotex, Inc. and Apotex Corp. (collectively "Apotex"), by and through their attorneys, move for the admission *pro hac vice* of Michael A. Dorfman, Esq. ("Mr. Dorfman"), Katten Muchin Rosenman LLP, 525 W. Monroe Street, Chicago, Illinois 60661-3693, Telephone: 312.902.5658, Facsimile: 312.577.4738, email: michael.dorfman@kattenlaw.com for purposes of appearing as co-counsel for Apotex in accordance with Local Rule 4B of the Special Rules Governing the Admission and Practice of the United States District Court for the Southern District of Florida in the above-styled case only and in support thereof states:

1. Mr. Dorfman is a 1998 graduate of the DePaul University College of Law and a member in good standing of the Illinois State Bar. Mr. Dorfman is also admitted to the following state and federal courts: Illinois State Court in November, 1998; United States District Court, Northern District of Illinois in December, 1998; U.S. District Court, Western District of Michigan in February, 2007 and U.S. Court of Appeals, Federal Circuit in February, 2004.

2. A Certificate of Good Standing for the Illinois State Bar is attached hereto as Exhibit "A."

3. Mr. Dorfman attests that he is familiar with the Local Rules of this Court and agrees and submits to all rules and practices and procedures of this Court.

4. In further support of this Motion, Lida Rodriguez-Taseff, a partner with the law firm of Duane Morris LLP practicing in the firm's Miami office located at 200 South Biscayne Boulevard, Suite 3400, Miami, Florida 33131, Tel: 305.960.2200, member of the Bar of this Court, is hereby designated as the person to whom the Court and counsel may readily communicate and upon whom papers may be served and who will be responsible for the progress of this case, including trial in default of the non-resident attorney.

5. Mr. Dorfman requests addition and/or updating of his records to CM/ECF for the United States District Court, Southern District Court of Florida for electronic receipt of filings in this matter utilizing the email address noted above.

6. The administrative fee has been tendered to the Clerk of Court simultaneously with this motion and in accordance with Local Rules.

7. A proposed Order is attached hereto as Exhibit "B" for the Court's consideration and entry, if appropriate.

**Consent to Designation**

I hereby consent to the foregoing designation and certify that the non-resident attorney has complied with L.R. 4 and, together with this application, has filed the appropriate fee as required by administrative order.

Lida Rodriguez-Taseff

Executed under penalties of perjury on this 13 day of October, 2009.

**DUANE MORRIS LLP**

By: /s/ Robert B. Breisblatt
Robert B. Breisblatt
Florida Bar No. 145928
Eric C. Cohen (pro hac vice pending)
Michael Dorfman (pro hac vice pending)
Stephen P. Benson (pro hac vice pending)
Brian Sodikoff (pro hac vice pending)
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
Telephone: 312.902.5200
Facsimile: 312.902.1061
Email: robert.breisblatt@kattenlaw.com
Email: eric.cohen@kattenlaw.com
Email: michael.dorfman@kattenlaw.com
Email: stephen.benson@kattenlaw.com
Email: brian.sodikoff@kattenlaw.com

By: /s/ Lida Rodriguez-Taseff
Lida Rodriguez-Taseff
Florida Bar No. 039111
200 South Biscayne Boulevard
Suite 3400
Miami, Florida 33131
Telephone: 305.960.2242
Direct Fax: 305.397.2443
Email: lrtaseff@duanemorris.com

*Attorneys for Plaintiffs Apotex Inc. and Apotex Corp.*

# EXHIBIT A

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Michael Adam Dorfman

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 5, 1998 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Wednesday, September 30, 2009.

*Juleann Hornyak*
Clerk

Plaintiff's M/*Pro Hac Vice* Admission – Dorfman
Case No.:  09-CV-61575-Cohen/Seltzer

# **EXHIBIT B**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

APOTEX, INC., a Canadian corporation and
APOTEX CORP., a Delaware corporation,

        Plaintiffs,

vs.

SANOFI-AVENTIS, a corporation of France, SANOFI-SYNTHELABO, INC., a Delaware corporation, BRISTOL-MYERS SQUIBB COMPANY, a Delaware corporation and BRISTOL-MYERS SQUIBB SANOFI-SYNTHELABO HOLDING PARTNERSHIP, a Delaware corporation,

        Defendants.
_____/

CASE NO.: 09-CV-61575-Cohn/Seltzer

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

THIS CAUSE having come before the Court for its consideration of application of Michael A. Dorfman, Esq., co-counsel for Plaintiffs, for permission to appear and participate *pro hac vice* in the above-styled cause and the Court being fully advised in the premises, it is hereby

ORDERED that said motion, be and the same is hereby GRANTED.

DONE AND ORDERED in chambers, at the United States District Court, Ft. Lauderdale, Florida on this _____ day of October 2009.

                                                                                 Hon. James I. Cohn
                                                                                 U.S. District Court Judge

Copies furnished to:
Counsel of Record