## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

APOTEX, INC., a Canadian corporation and
APOTEX CORP., a Delaware corporation,

               Plaintiffs,

vs.

SANOFI-AVENTIS, a corporation of France,
SANOFI-SYNTHELABO, INC., a Delaware
corporation, BRISTOL-MYERS SQUIBB
COMPANY, a Delaware corporation and
BRISTOL-MYERS SQUIBB SANOFI-
SYNTHELABO HOLDING PARTNERSHIP, a
Delaware corporation,

               Defendants.

_____/

CASE NO.: 09-CV-61575-Cohn/Seltzer

### PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs APOTEX, INC. and APOTEX CORP., through their undersigned counsel, file their Notice of Dismissal Without Prejudice as to all claims against Defendants SANOFI-AVENTIS, SANOFI-SYNTHELABO, INC., BRISTOL-MYERS SQUIBB COMPANY and BRISTOL-MYERS SQUIBB SANOFI-SYNTHELABO HOLDING PARTNERSHIP. Plaintiffs file this notice pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P. None of the named Defendants in this action have served an Answer or Motion for Summary Judgment. Plaintiffs have not previously dismissed any federal or state-court action based on or including the same claim. Thus, pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., this dismissal shall be without prejudice.

Dated: October 22, 2009

By: /s/ Eric C. Cohen
    Robert B. Breisblatt
    Florida Bar No. 145928
    Eric C. Cohen (pro hac vice)
    Michael Dorfman (pro hac vice)
    Katten Muchin Rosenman LLP
    525 West Monroe Street
    Chicago, Illinois 60661-3693
    Telephone: 312.902.5200
    Facsimile: 312.902.1061
    Email: robert.breisblatt@kattenlaw.com
    Email: eric.cohen@kattenlaw.com
    Email: michael.dorfman@kattenlaw.com

**DUANE MORRIS LLP**

By: /s/ Lida Rodriguez-Taseff
    Lida Rodriguez-Taseff
    Florida Bar No. 039111
    200 South Biscayne Boulevard, Suite 3400
    Miami, Florida 33131
    Telephone: 305.960.2242
    Direct Fax: 305.397.2443
    Email: lrtaseff@duanemorris.com

*Attorneys for Plaintiffs Apotex Inc. and Apotex Corp.*